UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 23-01797-JVS(KESx)                    Date: November 20, 2023

Title      Gabrielle Lawton v. Hyundai Motor America, Inc. et al

Present: The Honorable:    JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Erica Bustos for Elsa Vargas | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Steven Madison |

**Proceedings:  PLAINTIFF'S MOTION TO REMAND [16]**

Cause is called for hearing and counsel for defendant makes his appearance. Robert Thompson, counsel for plaintiff did not make an appearance.  The Court orders that the tentative ruling shall become the order of the Court.

**IT IS SO ORDERED.**

                                                                          :2
**Initials of Preparer**    eb